# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| GREGORY SPRINGER, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:15-CV-108 |
| | § § | |
| ORTELLO RODRIGUEZ, *et al*, | § § | |
| Defendants. | § | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 91) recommending that Plaintiff Gregory Springer's Opposed Motion for Advisory Jury (Dkt. 76) be denied at this time. The parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Plaintiff's motion (Dkt. 76) is DENIED at this time.

IT IS SO ORDERED.

SIGNED this 16th day of September, 2019.

_____
Diana Saldaña
United States District Judge