UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| GREGORY SPRINGER, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:15-CV-108 |
| ORTELIO RODRIGUEZ, ET AL., | § § § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Parties in Civil Action No. 5:15-CV-108, Gregory Springer, Plaintiff, through his undersigned counsel, and Ortelio Rodriguez and the United States of America, Defendants, by and through the United States Attorney for the Southern District of Texas, and hereby notify the Court that they have entered into a settlement in the above referenced cause.

The settlement agreement between the parties contains both monetary and non-monetary components. As to the monetary component, counsel for the United States will draft settlement documents and will deliver them to counsel for Plaintiff. When Plaintiff has executed the settlement documents and returned them to counsel for the United States, the documents will be forwarded to the Judgment Fund of the United States for funding of the settlement. Once the Judgment Fund receives the documents, the funding process normally takes about four to six weeks to complete. When Plaintiff has received the settlement funds, and the non-monetary component of the settlement agreement has been finalized, a stipulation of dismissal with prejudice will be filed by the parties.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| DAVIS & SANTOS, P.C. | RYAN K. PATRICK<br>United States Attorney |
| "S/" Jason M. Davis<br>JASON M. DAVIS<br>Attorney at Law<br>719 S. Flores Street<br>San Antonio, Texas 78204<br>State Bar No. 24047026<br>Fed. Adm. No. 638446<br>Tel: (210) 853-5882<br>Fax: (210) 200-8395<br>E-Mail: jdavis@dslawpc.com<br>ATTORNEY IN CHARGE<br>FOR PLAINTIFF | "S/" Hector C. Ramirez<br>HECTOR C. RAMIREZ<br>Assistant United States Attorney<br>11204 McPherson Road<br>Suite 100A<br>Laredo, Texas 78045-6576<br>State Bar No.   16501850<br>Fed. Adm. No. 18155<br>Tel: (956) 723-6523<br>E-Mail: hector.ramirez@usdoj.gov<br>ATTORNEY IN CHARGE<br>FOR DEFENDANTS |